DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC 14 '09 AM 10:42 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
TUTTLE, GARY L. and
TUTTLE, GLORIA J.

Case No. 06-00421-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $21.22, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 20 | HECHTS<br>PO BOX 66955<br>ST LOUIS, MO  63166 | $21.22 |

Dated: December 08, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873625         12-14-09         $21.22