DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAR 5'10AM10:48 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
TUTTLE, GARY L. and
TUTTLE, GLORIA J.

Case No. 06-00421-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $16.99, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 20 | HECHTS<br>PO BOX 66955<br>ST LOUIS, MO  63166 | $16.99 |

Dated: March 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4874034     3-5-10     $16.99*